AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Margot Canaday

**SUMMONS IN A CIVIL CASE**

V.

U.S. Citizen and Immigration Services

CASE NUM Case: 1:08-cv-00158
Assigned To : Collyer, Rosemary M.
Assign. Date : 1/25/2008
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

United States Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF *Pro Se* (name and address)

Margot Canaday, Pro Se
6922 Prince Georges Avenue
Takoma Park, MD 20912

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN 2 5 2008
CLERK                                       DATE

(By) DEPUTY CLERK

RECEIVED

FEB 6 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Margot Canaday

vs.

U.S. Citizen and Immigration Services

No. 1:08-CV-00158 RMC

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Summons, Complaint for Declartory and Injunctive Relief with Exhibits, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:00 n on January 28, 2008, I served United States Attorney General at 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving Willo T. Lee, Mailroom Clerk, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     58
HEIGHT-  5'8"
HAIR-    BLACK
WEIGHT-  175
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  1-29-08
             Date

WESLEY JENNINGS
1827 18th Street, NW
Washington, DC 20009
Our File#- 200784

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Margot Canaday

**SUMMONS IN A CIVIL CASE**

V.

U.S. Citizen and Immigration Services

CASI

Case: 1:08-cv-00158
Assigned To : Collyer, Rosemary M.
Assign. Date : 1/25/2008
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

United States Attorney for the District of Columbia
501 Third Street, NW
Washington, DC 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'  *Pro Se* (name and address)

Margot Canaday, Pro Se
6922 Prince Georges Avenue
Takoma Park, MD 20912

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                JAN 2 5 2008
CLERK                                   DATE

(By) DEPUTY CLERK

RECEIVED

FEB 6 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Margot Canaday

vs.

U.S. Citizen and Immigration Services

No. 1:08-CV-00158 RMC

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Summons, Complaint for Declartory and Injunctive Relief with *Exhibits, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order* in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:25 pm on January 28, 2008, I served United States Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20001 by serving Lakesha Carroll, Docket Clerk, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     35
HEIGHT-  5'4"
HAIR-    BLACK
WEIGHT-  170
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  1-29-08
             Date

WESLEY JENNINGS
1827 18th Street, NW
Washington, DC 20009
Our File#- 200787

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Margot Canaday, pro se

V.

U.S. Citizen and Immigration Services

**SUMMONS IN A CIVIL CASE**

CASI

Case: 1:08-cv-00158
Assigned To : Collyer, Rosemary M.
Assign. Date : 1/25/2008
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

U.S. Citizen and Immigration Services
111 Massachusetts Avenue, NW
Washington, D.C. 20529

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' *pro se* (name and address)

MARGOT CANADAY, pro se
6422 PRINCE GEORGES AVENUE
TAKOMA PARK MD 20912

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

JAN 2 5 2008
RECEIVED

FEB 6 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Margot Canaday

vs.

U.S. Citizen and Immigration Services

No. 1:08-CV-00158 RMC

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Summons, Complaint for Declartory and Injunctive Relief with Exhibits, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:50 pm on January 28, 2008, I served U.S. Citizen and Immigration Services at 20 Massachusetts Avenue, NW, Washington, DC 20529 by serving Janice McKutchin, Special Assistant, authorized to accept.  Described herein:

```
     SEX-   FEMALE
     AGE-   52
  HEIGHT-   5'5"
    HAIR-   BROWN
  WEIGHT-   135
    RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  1-29-08
             Date

WESLEY JENNINGS
1827 18th Street, NW
Washington, DC 20009
Our File#- 200789