UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Margot Canaday | ) |
|     Plaintiff | ) |
| v. | ) Civil Action No. 1:08cv-00158 |
|  | ) ECF |
| U.S. Citizen and Immigration Services | ) |
|     Defendant | ) |

### NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Raymond A Martinez Special Assistant United States Attorney, as counsel of record for defendants, in the above-captioned case.

February 7, 2007

Respectfully submitted,

Raymond A Martinez
__/s/_____
Raymond A. Martinez
Special Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-9150
(202) 514-8780 (facsimile)

CERTIFICATE OF SERVICE

I hereby certify that on this 7st day of February I caused the foregoing Notice to be served on Plaintiff, **Margot Canaday,** via first class mail, postage prepaid addressed as follows:

Margot Canaday, Pro Se
6922 Prince George Avenue
Takoma Park, MD 20912
301-270-2465

                                            Raymond A. Martinez
                              __/s/_____
                              Raymond A. Martinez
                              Special Assistant United States Attorney
                              555 4th Street, NW
                              Washington, DC 20530
                              (202) 514-9150