UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Margot Canaday )<br> )<br>    Plaintiff - *Pro Se*, )<br>v. )<br> )Civil Action No. 1:08-cv-00158 (RMC)<br> )      (ECF)<br>U.S. Citizen and Immigration Services )<br> )<br>    Defendant. )<br> ) | |

MOTION TO EXTEND TIME TO FILE ANSWER OR OTHERWISE RESPOND

Defendants, U.S. Citizen and Immigration Services (USCIS), by and through undersigned counsel, hereby move for a 60 day extension of time to file their answer or otherwise respond to Plaintiff's complaint, through and including April 27, 2007. Good cause exists to grant this motion.

1. Defendants' response to Plaintiff's complaint is due on February 27, 2008.

2. Defendants require additional time to file a response. Undersigned counsel has been advised by USCIS that, that due to the voluminous nature of the request, it is still being processed and responsive information is forthcoming. However, additional processing time will be required, as plaintiff is seeking correspondence documents going back over 50 years. (See declaration of Brian Welsh exhibit 1). Therefore, this extension is necessary to enable Defendant to scan and process the materials and forward them to plaintiff, in order to possibly avoid further litigation

3. Specifically by letter dated February 8, 2008, USCIS advised Plaintiff of the status of her request and that her request is being processed (See February 8, status letter exhibit 2).

USCIS estimates that it will require some time within 60 days to complete the process.

4. Undersigned counsel has conferred with plaintiff pursuant to Local Rule 7(m) and Plaintiff objected to any enlargement of time.

5. This is the first request made for an extension of the response deadline.

    WHEREFORE, Defendants request that this enlargement be granted, and that the date for the response to the complaint be extended to April 27, 2007. A minute order is requested.

February 14, 2008.

                                    Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR No. 434122
Assistant United States Attorney

_____/s/_____
Raymond A. Martinez
Special Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C. 20530
(202) 514-9150

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February, 2008, I filed the foregoing *Motion to Extend Time* by electronic filing with the Court and caused to be served on *pro se* Plaintiff, postage prepaid, addressed as follows:

Margot Canaday
6922 Prince George Av
Takoma Park, MD 20912

                                                /s/
                                            Raymond A. Martinez
                                            Special Assistant United States Attorney
                                            555 4th Street, NW
                                            Civil Division
                                            Washington, D.C.  20530
                                            (202) 514-9150
                                            (202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Margot Canaday<br><br>               **Plaintiff - *Pro Se*,**<br><br>v.<br><br>U.S. Citizen and Immigration Services<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:08-cv-00158<br>)    (ECF)<br>)<br>)<br>) |

## DECLARATION OF BRIAN J. WELSH

I, BRIAN J. WELSH, hereby declare:

1. I am the Assistant Center Director, in the Freedom of Information and Privacy Acts (FOIA/PA) Unit, National Records Center (NRC), United States Citizenship and Immigration Services (USCIS), within the Department of Homeland Security (DHS), in Lee's Summit, Missouri. I have held this position of Assistant Center Director since February 21, 2006. Prior to the formation of the DHS, this office was a component of the Immigration and Naturalization Service (INS), within the Department of Justice (DOJ). After the INS ceased to exist in March 2003, FOIA/PA became part of Immigration and Customs Enforcement (ICE) within the DHS. In October 2003, FOIA/PA became part of United States Citizenship and Immigration Services (USCIS) within the DHS.

2. Through the exercise of my official duties, I am generally familiar with Plaintiff's civil action. I make the following statements based upon my personal knowledge, upon information made available to me in my official capacity, and upon the advice and counsel of the USCIS Office of Chief Counsel.

3. This Declaration is submitted in support of Defendant's MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT in the above-captioned matter.

4. Plaintiff submitted a FOIA request to the United States Citizenship and Immigration Service, Central Office, Washington, (COW), Washington, DC, , pertaining to Central Office Subject Correspondenc3e Files 1957-1995 on March 16, 2006.



5. On March 20, 2006, the request was received at COW. On April 5, 2006, in accordance with its normal processing procedures, COW acknowledged receipt of Plaintiff's FOIA request with an acknowledgement letter and assigned this request control number COW2006001539. *See April 5, 2006 letter, attached hereto as Exhibit A.*

6. On October 19, 2006, COW attempted to contact the Plaintiff to narrow the scope of her request. A voicemail was left for the Plaintiff. A letter requesting that she contact the office within 30 days or her case would be closed as a Failure to Comply was also sent to her. *See October 19, 2006 letter, attached hereto as Exhibit B.*

7. No response was received from the requester and the case was closed as a Failure to Comply on January 18, 2007.

8. On April 24, 2007, the requester appealed the fact that the Service had failed to provide her with a response to her original request. This appeal was received at the Appeals Office on May 1, 2007. On May 1, 2007 in accordance with its normal processing procedures, the Appeals Office acknowledged receipt of Plaintiff's FOIA appeal with an acknowledgement letter and assigned this appeal control number APP2007000476. *See May 1, 2007 letter, attached hereto as Exhibit C.*

9. A determination was made by the Appeals Office determined that the plaintiff's original request had been closed as a Failure to Comply on January 18, 2007. However, the Appeals Office made the decision to treat the plaintiff's appeal as a remand to the National Records Center (NRC) May 14, 2007, to allow the Service to process the plaintiff's request.

10. On October 22, 2007, the NRC scanned the Plaintiff's request and assigned it control number NRC2007068249. An acknowledgement letter was sent to the Plaintiff on October 23, 2007 advising her of the new control number.

11. The records for this case consisted of six file boxes of folders of correspondence files. The NRC began review of the voluminous records to identify which records were responsive to the Plaintiff's request. Upon review of these records, it was determined that they were incomplete. Of the files requested by the Plaintiff, file CO 212.3 1957-1975, was not contained within the responsive records that were forwarded to the NRC. A search was begun to locate the missing file. The Plaintiff had indicated to the Service that missing file was the most important file she was seeking.

12. On January 25, 2008, the instant action was filed with the United States District Court, District of Columbia. Upon filing of the complaint, the Plaintiff further narrowed the scope of her request to "files that pertain to homosexuality' sexual deviation or sexual deviates/deviants; and psychopathic personality/ies or psychopathy."

2

13. On February 7, 2008, the missing file was located. It was received at the NRC on February 12, 2008.

14. The NRC has now begun to prepare these records for release to the requester. There are over 3,600 pages of documents which must be reviewed to determine if they are responsive to the Plaintiff's request. It is anticipated that review and release of these documents will take approximately 60 days.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on __February 14__, 2008.

Brian J. Welsh
Assistant Center Director
Freedom of Information Act & Privacy Act

U.S. Department of Homeland Security
2nd Floor, FOIA Unit
111 Mass Avenue, NW
Washington, DC 20529



**U.S. Citizenship and Immigration Services**

April 5, 2006

COW2006001539

Margot Canaday
Joseph Henry House
Princeton, NJ 08544

Dear Margot Canaday:

We received your request for information relating to Central Office Subject Correspondence Files -1957-1995 on April 5, 2006.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. 552). It has been assigned the following control number: COW2006001539. Please cite this number in any further inquiry about this request.

In accordance with Department of Homeland Security Regulations (6 CFR 5.3(c)), your request is deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. Fees may be charged for searching for records sought at the respective clerical, professional, and/or managerial rates of $4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy. The first 100 copies and two hours of search time are not charged, and the remaining combined charges for search and duplication must exceed $14.00 before we will charge you any fees. Most requests do not require any fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

Additionally, we respond to requests on a first-in, first-out basis and on a multi-track system. With this system we consider each request according to the complexity and volume so that requesters with a simple and quick response do not wait for extended periods of time while we review complex voluminous requests. Because of the nature of your request we have placed your request on the complex track. Since your request is on the complex track, you may wish to modify it to identify a specific document(s), the exact information sought, and location if known. Upon receipt, we will reconsider your request for eligibility for the faster track.

If you have further questions, please address your inquiry to this office. Attention: FOIA/PA Officer. You may also call us at 202-272-8273 or fax any correspondence to 202-272-8329.

Sincerely,

*V. McKeithan*

Valerie McKeithan
Chief, FOIA/PA Section

GOVERNMENT EXHIBIT
A

www.uscis.gov

U.S. Department of Homeland Security
2nd Floor, FOIA Section
111 Mass Avenue, NW
Washington, DC 20529



**U.S. Citizenship and Immigration Services**

October 19, 2006

COW2006001539

Margot Canaday
6922 Prince Georges Avenue
Takoma, MD 20912

Dear Margot Canaday:

This is in further response to your FOIA request for information relating to Central Office Subject Correspondence Files -1957-1995, on April 5, 2006.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. 552). It has been assigned the following control number: COW2006001539. Please cite this number in any further inquiry about this request.

In accordance with Department of Homeland Security Regulations (6 CFR 5.3(c)), your request is deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. Fees may be charged for searching for records sought at the respective clerical, professional, and/or managerial rates of $4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy. The first 100 copies and two hours of search time are not charged, and the remaining combined charges for search and duplication must exceed $14.00 before we will charge you any fees. Most requests do not require any fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

In order to continue processing your request, we ask that you contact this office immediately so that we may discuss the request. Please note your control number with any correspondence you send. Please provide this information within 30 days, otherwise your request will be administratively closed as a failure to comply.

If you have further questions, please address your inquiry to this office, Attention: FOIA/PA Officer. You may also call Brenda Mendenhall, Paralegal Specialist, at 202-272-8247 or fax any correspondence to 202-272-8329.

Sincerely,

Valerie McKeithan-Pannell
Chief, FOIA/PA Section

GOVERNMENT EXHIBIT
B

www.uscis.gov

U.S. Department of Homeland Security

4th Floor, FOIA Unit
111 Mass Avenue, NW
Washington, DC 20529



**U.S. Citizenship and Immigration Services**

APP2007000476

Margot Canaday
6922 Prince Georges Avenue
Takoma, MD 20912

Re: COW2006001539

Dear Ms. Canaday:

You appealed the National Records Center's failure to comply with your Freedom of Information Act request for access to records pertaining to Central Office Subject Correspondence Files -1957-1995.

Your request, dated, March 16, 2006, was handled under the provisions of the Freedom of Information Act (FOIA) at 5 U.S.C. § 552. It was assigned the following control number: COW2006001539.

We contacted the National Records Center regarding your appeal. It is our understanding that on January 18, 2007, the National Records Center closed your FOIA request as a failure to comply because you failed to narrow the scope of your request by specifically identifying the records you were seeking.

We have since learned you forwarded correspondence dated, June 26, 2006, clarifying your request. In addition, we learned you also submitted a second FOIA request dated, June 26, 2006, requesting access to an additional thirty (30) files from the same Central Office Subject File series. That request was assigned the following control number: COW2006004452. However, on October 6, 2006, that request was inadvertently closed as a duplicate request. Therefore, we are returning your request to the National Records Center for review and response to you.

If you are dissatisfied with our action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Peter D. Gregory, Chief
Commercial & Administrative Law Division
Department of Homeland Security
Citizenship and Immigration Services

GOVERNMENT EXHIBIT
C



U.S. Department of Homeland Security
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

February 08, 2008

NRC2007068249

Margot Canaday
6922 Prince Georges Avenue
Tacoma Park, MD 20912

Dear Margot Canaday:

This is sent to inform you of the status of your request for information relating to Central Office Files for 1957 To 1995, and administrative appeal stemming from the same and docketed under control number APP2007000476. Your original request was submitted on or about March 16, 2006.

Consistent with your letter dated January 2, 2008 to Mr. Brian J. Welsh, we have modified our search for responsive documents by limiting it to the following search and retrieval terms:

> Homosexuality (including references to homosexual/s, gay/s lesbian/s and/or perversion);
> Sexual deviation or sexual deviates/deviants; and
> Psychopathic personality/ies or psychopathy.

We are currently awaiting receipt of CO 212.3; we anticipate it will arrive at our facility by Wednesday, February 13, 2008. Our processing of CO 212.5, CO 212.9, CO 234 and CO 235 is underway; we expect to complete this task within the next 45 days.

Per your conversation of this date with Tracy Bellisime, of the USCIS National Records Center, we will provide to you on CD any requested documents determined to be non-privileged or otherwise appropriate for disclosure. If you have any questions concerning your pending FOIA/PA request, please address them to this office, Attention: FOIA/PA Officer, or call us at 816-350-5570, or fax any FOIA/PA related correspondence to 816-350-5785.

Sincerely,

*[signature]*

T. Diane Cejka
Director

GOVERNMENT EXHIBIT
2

www.uscis.gov