UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Margot Canaday ) | |
| ) | |
| Plaintiff - *Pro Se*, ) | |
| v. ) | |
| ) | Civil Action No. 1:08-cv-00158 (RMC) |
| ) | (ECF) |
| U.S. Citizen and Immigration Services ) | |
| ) | |
| Defendant. ) | |
| ) | |

MOTION TO EXTEND TIME TO SUPPLEMENT PRODUCTION

Defendant, U.S. Citizen and Immigration Services (USCIS), by and through undersigned counsel, hereby move for a two week extension of time to supplement production of responsive documents to Plaintiff's Freedom of Information Act (FOIA) request, through and including April 8, 2008.  Good cause exists to grant this motion.

1.  Pursuant to the Court's Order dated February 21, 2008, Defendant was to complete production of documents no later than March 25, 2008.

2.  Undersigned counsel has been advised by USCIS that on March 24th, 2008, the agency released to Plaintiff records responsive to her FOIA request.  Withholdings were made pursuant to various FOIA exemptions.  However, the agency attorney assisting in this matter believes there may be some additional documents responsive to Plaintiff's FOIA request. (See Declaration of Eric N. Banks, exhibit 1).  Defendant requests an additional two weeks so that a document by document assessment can be done to supplement what has already been provided.  Therefore, this extension is necessary to enable Defendant to review the materials and forward them to Plaintiff.

3. Pursuant to Local Rule 7(m), undersigned counsel has attempted to contact Plaintiff by phone and has left a voice mail message. As of the time of this filing, Plaintiff has not returned the call.

4. This is the second request made for an extension.

WHEREFORE, Defendant requests that this enlargement be granted, and that the date for supplemental production of responsive FOIA documents to Plaintiff be extended to April 8, 2008.

March 25, 2008.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR No. 434122
Assistant United States Attorney

_____/s/_____
Raymond A. Martinez
Special Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C. 20530
(202) 514-9150

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March, 2008, I filed the foregoing *Motion to Extend Time* by electronic filing with the Court and caused to be served on *pro se* Plaintiff, postage prepaid, addressed as follows:

Margot Canaday
6922 Prince George Av
Takoma Park, MD 20912

                                                  /s/
                                      Raymond A. Martinez
Special Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, D.C.  20530
(202) 514-9150
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Margot Canaday,            )
                           )
       Plaintiff,          )
                           )
v.                         )
                           )    1:08-cv-00158 (ECF)
                           )
U.S Department of Homeland Security, )
U.S. Citizenship and Immigration     )
Services,                  )
                           )
       Defendant.          )
                           )

### DECLARATION OF ERIC N. BANKS

I, ERIC N. BANKS, hereby declare:

1. I am an Associate Counsel assigned to the Commercial and Administrative Law Division, Office of Chief Counsel, U.S. Citizenship and Immigration Services (USCIS), a constituent unit of the U.S. Department of Homeland Security, in Washington, D.C. I have acted as senior attorney-advisor and primary litigator in the USCIS's disclosure operations program continuously from September 2006 to present. I am an attorney licensed by the District of Columbia Court of Appeals, who has practiced disclosure law, *inter alia*, with the Federal Government for approximately 29 years, performing all aspects of a disclosure operations program including, but not limited to, processing initial requests for access to government records; rendering legal advice and opinions; reviewing the performance of agency access professionals; performing legislation/regulation analyses, research and development; providing formal disclosure training; and conducting disclosure litigation.

2. Through the exercise of my official duties, I am familiar with the procedures followed by the USCIS in responding to request for information from agency files pursuant to the Freedom of Information Act (FOIA), 5 USC 552, *et seq.* More specifically, I am familiar with Plaintiff's current civil action under the FOIA, and all relevant events leading to the same. I make the following

1

    statements based upon my personal knowledge, information made available to me in my official capacity, and conclusion and opinions based upon the same.

3. This Declaration is submitted in support of the USCIS's motion for an enlargement of time in which to supplement Defendant's March 24, 2008, response to Plaintiff's FOIA request of March 16, 2006, as modified on January 10, 2008, for the reason proffered, *infra*. In compliance with the Court's Minute Entry Order of February 8, 2008, the USCIS rendered and dispatched a determination on Plaintiff's initial FOIA request on March 24, 2008, to reach Plaintiff on March 25, 2008.

4. In preparation for the litigation underlying this Declaration, the undersigned reviewed the USCIS's final disclosure determination issued on March 24, 2008, with respect to Plaintiff's January 10, 2008, FOIA request. During this review, it was determined that certain information found in the responsive records was erroneously withheld. Based upon this determination, the agency has moved to supplement its earlier disclosure to ensure that all reasonably segregable portions of the record have been delivered to Plaintiff.

5. Inasmuch as the USCIS Office of Chief Counsel is laboring under a serious dearth of resources and burgeoning case load, it has become necessary to ration time and resources among the many active docketed cases. The agency currently has 61,000+ overaged FOIA requests, several hundred administrative appeals, and 30-40 active disclosure litigations. To ensure the broadest possible disclosure to Plaintiff, and uninterrupted attention to detail during this document-by-document assessment, additional time is respectfully requested to complete the most thorough review possible of the documents responsive to plaintiff's FOIA request.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on <u>March 25, 2008</u>.

*[signature]*

Eric N. Banks
Associate Counsel
Office of Chief Counsel
U.S. Citizenship and Immigration Services