UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MARGOT CANADAY,** )<br>) <br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**U.S. CITIZENSHIP AND** )<br>**IMMIGRATION SERVICES,** )<br>)<br>    **Defendant.** )<br>) | Civil Action No. 08-158 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed concurrently herewith, it is hereby

**ORDERED** that Defendant produce to Plaintiff no later than April 27, 2008 the non-exempt portions of the documents as determined by the Court's *in camera* review; and it is

**FURTHER ORDERED** that Defense counsel may contact chambers if clarification of the Court's Order is needed; and it is

**FURTHER ORDERED** that Defendant shall file a notice with the Court confirming the completion of the production; and it is

**FURTHER ORDERED** that the parties will advise the Court, no later than May 15, 2008, if this case can be closed.

**SO ORDERED**.

Date: April 21, 2008                                          /s/
                                                                  ROSEMARY M. COLLYER
                                                                  United States District Judge