**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Margot Canaday** | ) |
| | ) |
| **Plaintiff -** *Pro Se,* | ) |
| **v.** | ) |
| | )**Civil Action No. 1:08-CV-00158(RMC)** |
| | )          **(ECF)** |
| **U.S. Citizen and Immigration Services** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**Motion For Enlargement of Time For Production In Order For Solicitor General To Determine If Defendant Will Appeal**

Defendant, U.S. Citizen and Immigration Services (USCIS), by and through undersigned counsel, hereby moves for a 60 day extension of time through and including June 25, 2008, or in the alternative for a stay for production of documents until a determination is made as to whether an appeal will be taken.  Good cause exists to grant this motion.

1.  Pursuant to the Court's order dated April 16, 2008, Defendant was to provide production of certain documents for In Camera Inspection.  Such documents were provided on April 18, 2008.

2.  On April 21 2008, this Court ordered Defendant to produce no later than April 27, 2008 the non-exempt portions of documents as determined by the Court's in camera review.

3. Because a determination of whether or not to appeal from the Court's April 21st Order has not been made, Defendant (USCIS) request a 60 day extension of time or a stay of production so that the Solicitor General can have an opportunity to determine if such an appeal will be taken.

4. Release of the information at issue would render any appeal moot. Once disclosure is made, the harm to the government will be complete, and no remedy by this Court or by the Court of Appeals can correct it. <u>See Providence Journal Co. V. FBI</u>, 595 F. 2d 889 (1st Cir. 1979). In the instant matter, failure to defer release of the information pending a determination by the Solicitor General on the issue of an appeal would frustrate the government's right to appellate review and would result in irreparable harm. One disclosure is made that harm cannot be remedied. Therefore, Defendant requests a 60 day enlargement from April 27, 2008 or in the alternative a stay.

5. Additionally, the Supreme Court has also determined that a stay of a disclosure order in a FOIA case pending appeal is clearly warranted. In <u>John Doe Agency v. John Doe Corp</u>., 488 U.S. 1306 (1989), Justice Marshall held that compliance with a court's disclosure order creates irreparable injury for the government because it moots any appeal from such an order. 488 U.S. at 1309. Similarly, in <u>Department of Justice v. Rosenfeld</u>, 501 U.S. 1277 (1991), the Court granted an application for a stay of a disclosure order in a FOIA case pending final disposition of the appeal of that order by the Ninth Circuit Court of Appeals.

6. Pursuant to local rule 7 (m), undersigned counsel has attempted to contact plaintiff by phone and left a voice mail message.

WHEREFORE, Defendant requests that a 60 day enlargement of time up to and including June 25, 2008 or in the alternative a stay of production of the information described in the Court's Order dated April 21, 2008.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR No. 434122
Assistant United States Attorney


_____/s/_____
Raymond A. Martinez, TX. Bar No. 13144015
Special Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530
(202) 514-9150

**CERTIFICATE OF SERVICE**

I hereby certify that on this [25th] day of April, 2008, I caused the foregoing *Motion For*

*Enlargement* to be served on *pro se* Plaintiff, postage prepaid, addressed as follows:


Margot Canada
6922 Prince George Av
Takoma Park, MD 20912

                                                           /s/
                                                 Raymond A. Martinez
                                                 Special Assistant United States Attorney
                                                 555 4th Street, NW
                                                 Civil Division
                                                 Washington, D.C.  20530
                                                 (202) 514-9150
                                                 (202) 514-8780 (facsimile)

- 4 -