In the United States District Court
For the District of Columbia

Margot Canaday, *pro se*  )
                          )
           Plaintiff,     )
                          )   Case No.1:08-CV-00158 (RMC)
v.                        )
                          )
U.S. Citizenship and Immigration Services, )
                          )
                          )
           Defendant.     )
_____)

**Plaintiff's Opposition to Defendant's Motion for
60-Day Enlargement of Time for Production**

Plaintiff opposes defendant's motion for a 60-day enlargement of time or, alternatively, for an indefinite stay of production until the Solicitor General decides whether the government will seek an appeal. Contrary to defendant's assertion, good cause does not exist to grant its motion. The authorities cited by defendant stand for the proposition that a stay of production is appropriate once a case properly is on appeal–not while the government decides whether or not to seek an appeal. Moreover, nothing in defendant's motion supports the excessive 60-day enlargement of time or indefinite stay that defendant has requested, given the prejudice that such delay may cause to plaintiff. Accordingly, plaintiff respectfully requests that the Court deny defendant's motion and grant defendant a reasonable enlargement of no more than two weeks during which time the Solicitor General may decide whether to seek an appeal.

Dated: April 28, 2008                    Respectfully submitted,

                                         *[signature]*
                                         Margot Canaday, *pro se*
                                         6922 Prince Georges Avenue
                                         Takoma Park, MD 20912

RECEIVED
APR 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that on this 28 day of April, 2008, I caused the foregoing:

**Plaintiff's Opposition to Defendant's Motion for 60-Day Enlargement of Time for Production**

to be filed in person with the Clerk of the Court and served on counsel for defendant via U.S. mail and electronic mail.

Margot Canaday, *pro se*
6922 Prince Georges Avenue
Takoma Park, MD 20912