## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Margot Canaday** | ) |
| | ) |
|          **Plaintiff -** *Pro Se*, | ) |
| **v.** | ) |
| | ) Civil Action No. 1:08-CV-00158(RMC) |
| | )       (ECF) |
| **U.S. Citizen and Immigration Services** | ) |
| | ) |
|          **Defendant.** | ) |
| | ) |

### STATUS REPORT ON NON-EXEMPT DOCUMENT PRODUCTION COMPLETION

Defendant, U.S. Citizen and Immigration Services (USCIS), by and through undersigned counsel, hereby files the attached status report on the completion if its production of all non-exempt documents to Plaintiff.

1. Defendant has determined that it will not appeal the Court's decision dated April 21, 2008. In that decision the Court issued an Order for Defendant to produce the non-exempt portions of the documents as determined by the Courts in camera review.

2. Undersigned counsel has been advised by USCIS that on May 7, 2008, such production pursuant to the Court's Order was mailed via DHL to Plaintiff.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney


\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR No. 434122
Assistant United States Attorney


_____/s/_____
Raymond A. Martinez
Special Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530
(202) 514-9150

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May, 2008, I caused the foregoing *Status Report on Production of Documents* to be served on *pro se* Plaintiff, postage prepaid, addressed as follows:

Margot Canada
6922 Prince George Av
Takoma Park, MD 20912

                                                /s/
                                            Raymond A. Martinez
                                            Special Assistant United States Attorney
                                            555 4th Street, NW
                                            Civil Division
                                            Washington, D.C.  20530
                                            (202) 514-9150
                                            (202) 514-8780 (facsimile)