In the United States District Court
For the District of Columbia

| | |
|---|---|
| Margot Canaday, *pro se*  )<br>6922 Prince Georges Avenue  )<br>Takoma Park, MD 20912  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>U.S. Citizenship and Immigration Services,  )<br>U.S. Department of Homeland Security  )<br>111 Massachusetts Avenue, N.W.  )<br>ULLICO Building  )<br>Washington, D.C. 20529  )<br>  )<br>Defendant.  )<br>_____) | Case No.1:08-CV-00158 (RMC) |

Plaintiff's Motion for Entry of Judgment for Costs

On May 8, 2008, Plaintiff received production from Defendant of the additional non-exempt documents identified by the Court in its decision issued on April 21, 2008. Thus, the only remaining relief Plaintiff seeks from the Court is the entry of judgment in her favor for costs, consisting of the filing fee Plaintiff paid to the Clerk of the Court and the charges Plaintiff incurred for service of process. True and correct receipts for these costs are attached as Exhibits 1 and 2. Plaintiff has conferred with defense counsel who indicated that he does not oppose this motion.

The Freedom of Information Act expressly provides that district courts may "assess against the United States reasonable . . . litigation costs reasonably incurred in any case under this section in which the complainant has substantially prevailed." 5 U.S.C. § 552(a)(4)(E). The United States Court of Appeals for the D.C. Circuit has held that a plaintiff substantially prevails under the FOIA when a court orders relief on the

RECEIVED
MAY 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

merits in the plaintiff's favor. *Oil Chemical and Atomic Workers International Union, AFL-CIO v. Department of Energy*, 288 F.3d 452, 456-57 (D.C. Cir. 2002).

In this case, Plaintiff is eligible to recover her costs because she has substantially prevailed on the merits. Indeed, Plaintiff has been granted relief by this Court on the merits of her case in a series of orders issued in her favor, including an order for production of documents, an order granting *in camera* review, and an order for supplemental production of non-exempt material that was improperly withheld by Defendant. Moreover, the litigation costs that Plaintiff seeks to recover are specifically permitted under the local rule of the D.C. District Court governing the taxation of costs. *See* Local Rule 54.1(d)(1) (clerk's fees) and (2) (cost of service of summons and complaint).

Accordingly, Plaintiff respectfully requests that the Court enter judgment in favor of Plaintiff for the filing fee and service of process charges reflected in the receipts attached as Exhibit 1 and 2.

Dated: May 14, 2008                              Respectfully submitted,

*Margot Canaday*
Margot Canaday
6922 Prince Georges Avenue
Takoma Park, MD 20912

# Exhibit 1

```
Court Name: District of Columbia
Division: 1
Receipt Number: 4616038001
Cashier ID: we-h
Transaction Date: 04/25/2008
Payer Name: RACHEL SPECTO
CIVIL FILING FEE
  For: RACHEL SPECTO
  Amount:      $350.00
CHECK
  Check/Money Order Num: 1124
  Amt Tendered: $350.00
Total Due:     $350.00
Total Tendered: $350.00
Change Amt:      $0.00
08-0158

Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged. A
$45 fee will be charged for a
returned check.
```

# Exhibit 2

```
              CAPITOL PROCESS SERVICES, INC.
                 1827 18th Street, N.W.
                Washington, D.C. 20009-5526
                      (202) 667-0050
                   Tax I.D. 52-2283731
```

                                            01-28-2008


6922 PRINCE GEORGES AVENUE
TAKOMA PARK, MD 20912



Margot Canaday v. U.S. Citizen and Immigration Services

Case No. 1:08-CV-00158 RMC

Invoice No. 200784

Client Matter No. N/A

---

SERVICE OF PROCESS
United States Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530
01-28-2008

SERVICE OF PROCESS                                                $60.00

                                        **AMOUNT PAID-**        $60.00

                            **BALANCE DUE UPON RECEIPT-**         $0.00

---

Please write invoice no. 200784 on your check.

**Case Comments-**

CAPITOL PROCESS SERVICES, INC.
1827 18th Street, N.W.
Washington, D.C. 20009-5526
(202) 667-0050
Tax I.D. 52-2283731

01-28-2008

6922 PRINCE GEORGES AVENUE
TAKOMA PARK, MD 20912



Margot Canaday v. U.S. Citizen and Immigration Services

Case No. 1:08-CV-00158 RMC

Invoice No. 200787

Client Matter No. N/A

---

SERVICE OF PROCESS
United States Attorney for the District of Columbia, 501 3rd Street, NW, Washington, DC 20001
01-28-2008

SERVICE OF PROCESS $60.00

**AMOUNT PAID-** $60.00

**BALANCE DUE UPON RECEIPT-** $0.00

---

Please write invoice no. 200787 on your check.

**Case Comments-**

CAPITOL PROCESS SERVICES, INC.
1827 18th Street, N.W.
Washington, D.C. 20009-5526
(202) 667-0050
Tax I.D. 52-2283731

01-28-2008

6922 PRINCE GEORGES AVENUE
TAKOMA PARK, MD 20912



Margot Canaday v. U.S. Citizen and Immigration Services

Case No. 1:08-CV-00158 RMC

Invoice No. 200789

Client Matter No. N/A

SERVICE OF PROCESS
U.S. Citizen and Immigration Services, 20 Massachusetts Avenue, NW, Washington, DC 20529
01-28-2008

SERVICE OF PROCESS                                              $60.00

**AMOUNT PAID-**                                                $60.00

**BALANCE DUE UPON RECEIPT-**                                    $0.00

Please write invoice no. 200789 on your check.

**Case Comments-**

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2008, I caused the foregoing:

**Plaintiff's Motion for Entry of Judgment for Costs**

to be filed in person with the Clerk of the Court and served on counsel for defendant via U.S. mail.

                                                                               _____
                                                                               Margot Canaday, *pro se*
                                                                               6922 Prince Georges Avenue
                                                                               Takoma Park, MD 20912