## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Margot Canada** | ) |
|  | ) |
| **Plaintiff - *Pro Se*,** | ) |
| v. | ) |
|  | )Civil Action No. 1:08-CV-00158(RMC) |
|  | )         (ECF) |
| **U.S. Citizen and Immigration Services** | ) |
|  | ) |
| **Defendant.** | ) |
|  | ) |

### Motion For Enlargement of Time

Defendant, U.S. Citizen and Immigration Services (USCIS), by and through undersigned counsel, hereby moves for a 45 day extension of time through and including June 30, 2008, so that Defendant can determine whether this matter can be resolved.

1. Plaintiff has confirmed that on May 8, 2008, she received production from Defendant the additional non-exempt documents identified by the Court in its April 21, 2008 decision. (See Ct. Doc. 17, pg 1). The submission of this production to Plaintiff was in compliance with this Court's decision dated April 21,2008. Plaintiff by motion now seeks to recover costs incurred in this matter. In particular, Plaintiff is seeking the cost of the filing and charges incurred for service of process.

2. Undersigned counsel has been advised by USCIS that it will review the Plaintiff's submissions for costs and anticipates that this matter will be resolved in its entirety.

3. Defendant proposes to submit an answer or otherwise respond to Plaintiff's motion no later than 45 days from the date of the filing of this response.

4. Pursuant to local rule 7(m), undesigned counsel has attempted to contact plaintiff by phone and left a voice mail message.

Wherefore Defendant respectfully requests 45 days up to and including June 30 within which to file a response or otherwise respond to Plaintiff's motion. A minute Order is requested.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney


\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR No. 434122
Assistant United States Attorney


_____/s/_____
Raymond A. Martinez
Special Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530
(202) 514-9150

## CERTIFICATE OF SERVICE

      I hereby certify that on this $^{16th}$ day of May, 2008, I caused the foregoing *Motion For Enlargement of Time* to be served on *pro se* Plaintiff, postage prepaid, addressed as follows:

Margot Canada
6922 Prince George Av
Takoma Park, MD 20912

                                            /s/
                                 Raymond A. Martinez
                                 Special Assistant United States Attorney
                                 555 4th Street, NW
                                 Civil Division
                                 Washington, D.C.  20530
                                 (202) 514-9150
                                 (202) 514-8780 (facsimile)