UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Margot Canaday** | ) |
| | ) |
| Plaintiff - *Pro Se*, | ) |
| v. | ) |
| | ) Civil Action No. 1:08-CV-00158(RMC) |
| | )      (ECF) |
| **U.S. Citizen and Immigration Services** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STATUS REPORT ON SETTLEMENT

Defendant, U.S. Citizen and Immigration Services (USCIS), by and through undersigned counsel, hereby files the attached status report on the resolution of all matters regarding the above captioned case..

1. Defendant and Plaintiff have reached and agreement in this matter and the parties are awaiting final signature so that the agreement can be filed with the Court.

2. As soon as proper signatures are made the Defendant will file the settlement document with the Court.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR No. 434122
Assistant United States Attorney

                              _____/s/_____
                              Raymond A. Martinez
                              Special Assistant United States Attorney
                              Civil Division
                              555 4th Street, N. W.
                              Washington, D.C.  20530
                              (202) 514-9150

## CERTIFICATE OF SERVICE

I hereby certify that on this ³⁰ᵗʰ day of June, 2008, I caused the foregoing *Status Report on Settlement* to be served on *pro se* Plaintiff, postage prepaid, addressed as follows:

Margot Canaday
6922 Prince George Av
Takoma Park, MD 20912

                                              /s/
                                     Raymond A. Martinez
                                     Special Assistant United States Attorney
                                     555 4th Street, NW
                                     Civil Division
                                     Washington, D.C.  20530
                                     (202) 514-9150
                                     (202) 514-8780 (facsimile)