UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Margot Canaday,                          )
                                         )
         Plaintiff - *Pro Se*,           )
    v.                                   )
                                         ) Civil Action No. 1:08-CV-00158(RMC)
                                         )         (ECF)
U.S. Citizen and Immigration Services,   )
                                         )
         Defendant.                      )
                                         )

STIPULATION OF SETTLEMENT

The parties, by and through their respective counsel, hereby stipulate and agree as follows:

1. The parties do hereby stipulate and agree to settle and compromise Plaintiff's claim for costs in the above-entitled action under the terms and conditions set forth herein.

2. Defendant shall pay Plaintiff a lump sum of five-hundred and thirty dollars ($530.00) for costs in this matter within sixty days (60) days from execution of this agreement.

3. Payment of the costs award will be made by a check made payable to Plaintiff. Defendant and Plaintiff agree that, upon notification of the Court's entry of this Stipulation, Defendant will promptly complete and transmit the documentation necessary to effectuate this payment. Such payment will be made via check made out to Margot Canaday and mailed to Plaintiff at 6922 Prince Georges Avenue, Takoma Park, Md. 20912. Plaintiff agrees to provide her social security number or tax identification number. No payment will be issued until after the stipulation is entered as an order by the Court.

4. In consideration of the foregoing payment, Plaintiff agrees to forever discharge, release, and withdraw any claims for costs sought in this action.

5. This Stipulation of Settlement shall represent full and complete satisfaction of all claims for costs, including any claims for fees of any kind or cost associated with challenges to items withheld that have been, or could be, made in this case. In particular, this Stipulation of Settlement shall include all claims for costs incurred in connection with the administrative Freedom of Information Act process, the District Court litigation process, and any other proceedings involving the claims raised in this action.

6. This Stipulation of Settlement shall not constitute an admission of liability or fault on the part of the Defendant or the United States or their agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

7. This Stipulation of Settlement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

8. The parties agree that this Stipulation of Settlement will not be used as evidence or otherwise in any pending or future civil or administrative action against Defendant or the United States, or any agency or instrumentality of the United States.

9. The Court shall retain jurisdiction to enforce the terms of the agreement.

10. Execution and filing of this agreement constitutes dismissal of this matter under Rule 41 of the Federal Rules of Civil Procedure.

Respectfully submitted,

                                            /s/
                                    JEFFREY A. TAYLOR, D.C. BAR #498610
                                    United States Attorney

Margot Canaday
6922 Prince Georges Av.
Takoma Park, MD 20912

                                            /s/
                                    RUDOLPH CONTRERAS, D.C. BAR #434122
                                    Assistant United States Attorney

*Plaintiff*

                                    Raymond A. Martinez
                                    Special Assistant United States Attorney
                                    555 4th Street, NW
                                    Washington, DC 20530
                                    (202) 514-7143

                                    *Attorneys for Defendant*

SO ORDERED:

On this _____ day of _____, 2008.

_____

Rosemary M. Collyer
United States District Judge