# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARGOT CANADAY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No: 08-00158 (RMC) |
| ) | |
| **U.S. CITIZENS AND IMMIGRATION** ) | |
| **SERVICES,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Cindy S. Owens, Special Assistant United States Attorney, and remove the appearance of Raymond A. Martinez, Special Assistant United States Attorney, as counsel for Defendant.

Respectfully submitted,

/s/
Cindy S. Owens, D.C. BAR #491465
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 616-2257
cindy.owens@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 28nd day of July, 2008, a copy of the foregoing was served via first-class mail, postage pre-paid, addressed as follows:

MARGOT CANADAY
6922 Prince Georges Avenue
Takoma Park, MD 20912
(301) 270-2465
PRO SE

                                         /s/
                              Cindy S. Owens, D.C. BAR #491465
                              Special Assistant United States Attorney
                              555 Fourth St., N.W.
                              Room E4112
                              Washington, D.C. 20530
                              (202) 616-2257
                              cindy.owens@usdoj.gov